AO 442 (Rev. 12/85) Warrant for Arrest   AUSA DONALD F. CHASE, II

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

FILED by DEC 19 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

FABLO ANAYA

**TO:** The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**

## 00-6360-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest ____PABLO ANAYA____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title **18** United States Code, Sections ____371; 659 and 2____

CLARENCE MADDOX
Name of Issuing Officer

_____
Signature of Issuing Officer

Bail fixed at $100,000 CSB ____

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

12/19/00 Ft. Lauderdale, Florida
Date and Location

by **BARRY S. SELTZER, U.S. Magistrate Judge**
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |