UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
                Plaintiff

CASE NO. 00-6360-CR-Dimitrouleas

v.

aka Jorge ~~Defendant~~ Rivera
Pablo Araya

REPORT COMMENCING CRIMINAL ACTION
66849-004

TO: CLERK'S OFFICE
U.S. DISTRICT COURT
MIAMI

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

FILED 2001 JAN 20 PM 12:01 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA.- MIA

1. Date and time of arrest: 01/18/2001  3:15pm

2. Spoken Language: Spanish

3. Offense(s) charged: Theft From Interstate Shipment / Conspiracy

4. U.S. Citizen  [ ] YES   [ ] NO   [ ] UNKNOWN

5. Date of birth: 6/28/65

6. Type of charging document: (Check One)
   [X] INDICTMENT          [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6360-CR-Dimitrouleas    CASE NO. _____

   DISTRICT: Southern District of FL  (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [ ] YES  [ ] NO

   AMOUNT OF BOND: PTD

   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 1/18/2001             9. Peter Obier
                                   ARRESTING OFFICER
10. AGENCY: FBI               11. 305-994-9101
                                   PHONE NO.