koia.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 00-6360-CR-DIMITROULEAS/LSS

UNITED STATES OF AMERICA

Plaintiff,

**ORDER ON INITIAL APPEARANCE**
Language ___ SPANISH _____
Tape No. 01C- 8 -2/28

v.

AUSA _Watts-Fitzgerald_
Agent _FBI-PETER OBIER_
(305) 944-9101

PABLO ANAYA a/k/a
JORGE LUIS RIVERA
Defendant.

_____/

DOB: 6-28-65                R#66849-004

The above-named defendant having been arrested on _1-18-01_ having appeared before the court for initial appearance on _____1-19-01_____ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows;

1. _Joel De Fabio_ appeared as permanent/temporary counsel of record.
   Address: _2121 Ponce de Leon Blvd #430 Coral Gables_
   Zip Code: _33130_     Telephone: _448-7200_

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____ _January 30_____, 2001.

4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am Jan 30_____, 2001.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) _because___ _Court Req___
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am Jan 23_, 2001.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

__a. Surrender all passports and travel document to the Pretrial Services Office.

__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;

   other: _____

c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

__d. Maintain or actively seek full time gainful employment.



PABLO ANAYA a/k/a JORGE LUIS RIVERA

\_\_e. Maintain or begin an educational program.
\_\_f. Avoid all contact with victims of or witnesses to the crimes charged.
\_\_g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
\_\_h. Comply with the following curfew: _____
\_\_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
\_\_j. Comply with the following additional special conditions of this bond:
_____

This bond was set: At Arrest _____
                On Warrant _____
                After Hearing _____

   If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is \_\_
_____
_____

\_\_\_\_ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d
303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled
promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the
   conditions set forth herein or those later ordered by the court, the defendant is subject to arrest
and    revocation of release and to various civil and criminal sanctions for any violation of those
   conditions. These various sanctions and penalties are set forth more fully in the Appearance
Bond    itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond
   has been executed in accordance with this or subsequent court order.

   **DONE AND ORDERED** at <u>Miami, Florida</u>, this <u>19th</u> day of <u>JANUARY 2001</u>.

                                    _____
                                    **UNITED STATES MAGISTRATE JUDGE**
                                    **BARRY L. GARBER**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation