CASE NUMBER 00-6360-CR-DIMITROULEAS/LSS

## INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE_____SPANISH_____

DEFENDANT(S)__PABLO ANAYA a/k/a JORGE LUIS RIVERA__

_____

_____

_____

c: COURT INTERPERTER SUPERVISOR

