UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIM

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Pablo Anaya

COMES NOW **Joel DeFabio** and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name (**Printed**) _Joel DeFabio_

Counsel's Signature _[signature]_

Address _2121 Ponce de Leon #430_
_Coral Gables_  ZIP CODE: _33137_

Telephone _(305) 448-7200_

