UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              **ORDER**

PABLO ANAYA

        Defendant.



    Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

    **ORDERED AND ADJUDGED** as follows:

    1. The Defendant __above named__ shall be detained pending trial in this case for the reasons stated on the record by the Court, *risk of flight*

    2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

    **DONE AND ORDERED** in Miami, Florida this ___23RD___ day of _____JANUARY_____, 2001

TAPE NO.01A -5-1253

                                       UNITED STATES MAGISTRATE JUDGE
                                       PETER R. PALERMO

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formoptd

