# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

PABLO ANAYA

TO: **The United States Marshal and any Authorized United States Officer**

**WARRANT FOR ARREST**

**CASE NUMBER:**

**00-6360-CR-DIMITROULEAS**
MAGISTRATE JUDGE SNOW

YOU ARE HEREBY COMMANDED to arrest PABLO ANAYA

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight,

in violation of Title 18 United States Code, Sections 371; 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

12/19/00 Ft. Lauderdale, Florida
Date and Location

Bail fixed at $100,000 CSR with Nebnia

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL | | |
| DATE RECEIVED 12/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 1/18/01 | | Edward Purchase, SDUSM |