FILED by _____ ᴅ.ᴄ.
MAG. SEC.

JAN 30 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF AMERICA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6360-CR

UNITED STATES OF AMERICA

DIMITROULEAS/SNOW

vs.
PABLO ANAYA

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

---

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓ The defendant requested further time to retain counsel/and shall appear before the Court on 2/2/01 at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. arraignment reset to 2/2/01 @ 10:00

**DONE AND ORDERED** at Miami, Florida this 30 day of JAN., 20 01.

TAPE NO. 01A- 10-843.

UNITED STATES MAGISTRATE JUDGE
JOHN J. O'SULLIVAN

c: AUSA Lovemore
Defense Counsel Leonard Fenn.
Pretrial Services or Probation
U.S. Marshal

136