FILED by _____ D.C.
MAG. SEC.

FEB - 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

**ARRAIGNMENT INFORMATION SHEET**

vs.

Jail No : 66849-004

PABLO ANAYA aka JORGE LUIS RIVERA
          Defendant.

Language: SPANISH

_____/

The above-named Defendant appeared before **Magistrate Judge** O'SULLIVAN_____, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address:_____

                  _____

                  Tel. No:_____

Defense Counsel:  Name : Leonard Fenn

                  Address: 2121 Ponce de Leon Blvd

                  # 434 Coral Gables 33174

                  Tel. No: 305-447-7200

Bond Set/Continued:        $ PRE-TRIAL DETENTION

Dated this  2nd  day of  FEBRUARY  , 2001.

                  CLARENCE MADDOX, CLERK

               BY_____PILAR MAYA_____
                        Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 01A- 14-2193
DIGITAL START NO.