FILED by _____ D.C.
MAG. SEC.

FEB - 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____ OO - 6360 -Ca- Dune 17 Rouc99l

UNITED STATES OF AMERICA,

v.

$\cancel{\text{PABLO}}$ AVAYA

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD
~~For Fine~~

COMES NOW _____ Leonard F. Fine _____, and files this
appearance as counsel for the above named defendant(s). Counsel
agrees to represent the defendant(s) for all proceedings arising
out of the transaction with which the defendant(s) is/are presently
charged in the United States District Court in and for the Southern
District of Florida.

Counsel hereby states that this appearance is unconditional ~~For Rule~~
and in conformity with the requirements of Local General Rule 16
and the Special Rules Governing the Admission and Practice of
Attorneys.

Counsel acknowledges responsibility to advise the
defendant(s) of the right of appeal, to file a timely notice of
appeal if requested to do so by the defendant(s), and to pursue
that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A
BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 2/1/01

Attorney Leonard P. Fine

Address 2121 Ponce de Leon Bus, #436

City Cen Gama State K Zip Code 33174

Telephone ( 305 ) 24 8-7200

The undersigned defendant(s) hereby consent(s) to the
representation of the above counsel.

_____

_____

_____

141