FILED by _____ D.C.
MAG. SEC.
FEB - 2 2001
CLARENCE MADDOX
CLERK OF
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs.

PABLO ANAYA aka JORGE LUIS RIVERA

**ORDER ON HEARING TO
REPORT RE COUNSEL**

---

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__ Private counsel *Leonard Fenn* appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this __2nd__ day of __FEBRUARY__, 2001.

TAPE NO. 01A- 14-2193

_____
UNITED STATES MAGISTRATE JUDGE
JOHN J. O'SULLIVAN

c. Defense Counsel — *Leonard Fenn*
   Pretrial Services or Probation
   U.S. Marshal
   AUSA — *Michael Wright*

142