UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360 CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

PABLO ANAYA
et. al.,

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE FOR TRIAL

The undersigned counsel files his Notice of Permanent Appearance for trial on behalf of Defendant, PABLO ANAYA, and requests that all future correspondence, notices and pleadings be sent to the undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the Clerk of the United States District Court, 299 E. Broward Blvd., Ft. Lauderdale, Fl. 33301, AUSA Donald F. Chase, II, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fl. 33394, and to all Attorneys on the attached mailing list on this 2nd day of February 2001.

        DeFabio & Fenn, P.A
        Attorney for Defendant.
        Pablo Anaya
        2121 Ponce de Leon Boulevard, S-430
        Coral Gables, Florida 33134
        (305) 448-7200/Fax 444-0913

        LEONARD P. FENN, ESQUIRE
        F B.N. 237337



## SERVICE LIST

Alexander John Michaels, Esq.
1507 N.W. 14th Street
Miami, Florida 33125

Jorge E. Alonso, Esq.
800 Douglas Road, Suite # 219
Coral Gables, Florida 33134

Arnaldo Suri, Esq.
9745 S.W. 77th Street
Miami, Florida 33173

Richard Moore, Esq.
White Building - Suite 300
1 N.E. 2nd Avenue
Miami, Florida 33132

Scott Sakin, Esq.
1411 N.W. North River Drive
Miami, Florida 33125

Joel Hirschhorn, Esq.
2600 Douglas Road, Penthouse 1
Coral Gables, Fl. 33134

Stephen Golembe, Esq.
2601 S. Bayshore Drive, Suite #1400
Miami, Florida 33133

Rene Palomino, Esq.
955 N. Kendall Drive, #101
Miami, Florida 33176