UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360 CR-DIMITROULEAS

UNITED STATES OF AMERICA

       Plaintiff,

vs.

PABLO ANAYA
et. al.,
       Defendant.
_____/

**Motion to Continue Trial**

    The Defendant, Pablo Anaya, hereby moves this Honorable Court for an Order continuing the Trial in cause and as grounds therefore state:

1. The undersigned was retained in this case and entered his appearance on February 2, 2001.

2. According to the government, the discovery in this case consists of;

    a. Seven hundred and thirty-nine (739) pages of documents now at Lanier Professional Service for coping.

    b. Twenty-seven (27) audio tapes and transcripts.

    c. Thirty-two (22) video tapes and transcripts.

    d. Transcripts of the tapes are estimated to exceed 500 pages.

cr-06360-WPD    Document 159    Entered on FLSD Docket 02/22/2001

USA vs. Pablo Anaya
Case No. 00-6360-CR-DIMITROULEAS
Motion for Continuance
Page 2

3.     Although the discovery listed in 2 is above is at the copying service, the undersigned, as of the time of the filing of this Motion, has not obtained said discovery, but is in the process of doing so. The discovery referred to in d above, the transcripts, are not yet available for copying. There is only one (1) set of audio and video tapes for all Defendants which the undersigned has not yet seen.

4. As a consequence of the above the Defendant can not be prepared for trial as scheduled.

WHEREFORE, the Defendant requests that this Honorable Court grant this Motion and enter an order continuing the trial of this cause.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all counsel on the attached mailing list on this __2/__ day of February 2001.

I FURTHER CERTIFY, that I attempted to but was unable to contact AUSA Chase prior to the filing of this Motion.

DeFabio & Fenn, P.A.
Attorney for Defendant Pablo Anaya
2121 Ponce de Leon Boulevard, S-430
Coral Gables, Florida 33134
(305) 448-7200/Fax 444-0913

LEONARD P. FENN, ESQUIRE
F.B.N. 237337

USA vs. Pablo Anaya
Case No. 00-6360-CR-DIMITROULEAS
Motion for Continuance
Page 3

## SERVICE LIST

AUSA Donald F. Chase, II
500 E. Broward Bvld. Suite 700
Ft. Lauderdale, Florida 33394

Alexander John Michaels, Esq.
1507 N.W. 14th Street
Miami, Florida 33125

Jorge E. Alonso, Esq.
800 Douglas Road, Suite # 219
Coral Gables, Florida 33134

Arnaldo Suri, Esq.
9745 S.W. 77th Street
Miami, Florida 33173

Richard Moore, Esq.
White Building - Suite 300
1 N.E. 2nd Avenue
Miami, Florida 33132

Scott Sakin, Esq.
1411 N.W. North River Drive
Miami, Florida 33125

Joel Hirschhorn, Esq.
2600 Douglas Road, Penthouse 1
Coral Gables, Fl. 33134

Stephen Golembe, Esq.
2601 S. Bayshore Drive, Suite #1400
Miami, Florida 33133

Rene Palomino, Esq.
955 N. Kendall Drive, #101
Miami, Florida 33176