UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6360-CR-DIMITROULEAS

Plaintiff,

vs.

PABLO ANAYA,

Defendant.
_____/

### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR CONTINUANCE OF TRIAL DATE

THIS CAUSE having come before this Court on Defendant's February 22, 2001 Motion

To Continue Trial [DE-159], it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without

prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Leonard Fenn, Esquire
2121 Ponce de Leon Boulevard, #430
Coral Gables, FL 33134

Don Chase, AUSA

