**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: _00-6360 CR-WPD_    DATE: _March 9, 2001_

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _Spanish_

UNITED STATES OF AMERICA    VS. _Paulo Araja_

U.S. ATTORNEY: _Dr. Chase_    DEFT. COUNSEL: _Renard Ful_

REASON FOR HEARING: _Calendar Call / Status conf._

RESULT OF HEARING: _Dft's motion to continue is Granted. Court resets this case and continues it and finds the time from today until trial deemed excludable._

CASE CONTINUED TO: _4/20/01_    TIME: _900_    FOR: _Cal. Call_
MISC: _4/23/01_    _2 week trial period_