UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MAR 9 2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

UNITED STATES OF AMERICA,
    Plaintiff,

CASE NO. 00-6360-CR-DIMITROULEAS

vs.

**ORDER GRANTING CONTINUANCE**

PABLO ANAYA

    Defendant.
_____/

This matter having come before the Court on March 9, 2001 on a Defendant's Motion to Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing April 23, 2001 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **April 20, 2001, at 9:00 A.M. o'clock..** It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ___9___ day of March , 2001.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:    Donald Chase, AUSA
        Leonard Fenn, Esq.