UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360 CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

PABLO ANAYA
et. al.,
    Defendant.
_____/



## **NOTICE OF UNAVAILABILITY AND TRIAL CONFLICT**

The undersigned attorney hereby files this Notice of Unavailability and Trial Conflict for the first and second week of the trial calendar and states that:

The following matters are set for trial during the two week trial period herein:

(a)    U.S.A. vs. Alberto Soler et. al. - Case No.:00-1018-CR-JORDAN, before Judge Adalberto Jordan in Miami, Florida. Defendant is in custody.

(b)    U.S.A vs. Crystal Caradine - Case No.: 00-1072-CR-MORENO, before Judge Federico Moreno in Miami, Florida. Defendant is in custody.

(c)    U.S.A. vs. Crystal Caradine - Case No.: 97-0006-CR-MORENO, before Judge Federico Moreno in Miami, Florida. Defendant is in custody.



USA vs. Pablo Anaya
Case No. 00-6360-CR-DIMITROULEAS
Not of Unavailability and Trial Conflict
Page 2

    (d)    U.S.A. vs. Federick J. Massoro - Case No.: 00-1085-CR-

MORENO, before Judge Federico Moreno in Miami, Florida. Defendant is

in custody.

## 2nd Trial Week

    (e)    State of Florida vs. Behzad Ravan - Case No.: F00-20761

before Judge Leon Firtel, trial period beginning the week of April 30,

2001 in Miami, Florida.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all counsel on the attached mailing list on this 26 day of March 2001.

        DeFabio & Fenn, P.A.
        Attorney for Defendant Pablo Anaya
        2121 Ponce de Leon Boulevard, S-430
        Coral Gables, Florida 33134
        (305) 448-7200/Fax 444-0913

        LEONARD P. FENN, ESQUIRE
        F.B.N. 237337

## SERVICE LIST

AUSA Donald F. Chase, II
500 E. Broward Bvld. Suite 700
Ft. Lauderdale, Florida 33394

Alexander John Michaels, Esq.
1507 N.W. 14th Street
Miami, Florida 33125

Jorge E. Alonso, Esq.
800 Douglas Road, Suite # 219
Coral Gables, Florida 33134

Arnaldo Suri, Esq.
9745 S.W. 77th Street
Miami, Florida 33173

Richard Moore, Esq.
White Building - Suite 300
1 N.E. 2nd Avenue
Miami, Florida 33132

Scott Sakin, Esq.
1411 N.W. North River Drive
Miami, Florida 33125

Joel Hirschhorn, Esq.
2600 Douglas Road, Penthouse 1
Coral Gables, Fl. 33134

Stephen Golembe, Esq.
2601 S. Bayshore Drive, Suite #1400
Miami, Florida 33133

Rene Palomino, Esq.
9555 N. Kendall Drive, #101
Miami, Florida 33176