## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6360-CR-WPD          DATE: 4/19/01

COURTROOM CLERK: ~~Karen A. Carlton~~ Deioris McIntosh    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. PABLO ANAYA

U.S. ATTORNEY: Donald Chase    DEFT. COUNSEL: Leonard Fenn

REASON FOR HEARING: CHANGE OF PLEA

RESULT OF HEARING: Defendant pled guilty to Count 2 of the indictment

CASE CONTINUED TO: 6/29/01    TIME: 11:30 A.M.    FOR: Sentencing

MISC: _____

