
| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>PABLO ANAYA | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF FLORIDA**<br><br>CASE NO. 00-6360-CR-DIMITROULEAS<br><br>NOTICE OF SENTENCING DATE |

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By the direction of the Honorable ___WILLIAM P. DIMITROULEAS___
United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on ___June 29___, 20_01_ at _11:30_ A.M. for imposition of sentence. On that date, report to the U.S. Courthouse, Courtroom _203_, 299 East Broward Blvd., Ft. Lauderdale, FL 33301, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years' imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 299 East Broward Blvd., #409, Federal Building and Courthouse, Fort Lauderdale, Florida 33301.

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

Clerk, United States District Court

BY: _Deloi, MCIntosh_
Courtroom Deputy Clerk

DATE: _April 19, 2001_

COUNSEL: _Leonard Fenn_

RECEIVED: _in open court_
(Defendant)

| | | | | |
|---|---|---|---|---|
| GUILTY PLEA | ☒ | BOND | ☐ | TO COUNT(S) _Two_ |
| TRIAL | ☐ | FEDERAL CUSTODY | ☐ | TO TOTAL COUNTS _1_ |
| NOLO PLEA | ☐ | STATE CUSTODY | ☐ | ASST. U.S. ATTY _Donald Chase_ |
| | | U.S.M. CUSTODY | ☐ | |