UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360 CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

vs.    **NOTICE OF FILING**

PABLO ANAYA
et. al.,

    Defendant.
_____/

The Defendant Pablo Anaya files the following documents for consideration by the Court in the Sentencing of this cause:

1. Letter from Sergio Vazquez-Llano of May 18, 2001.
2. Letter from Ramon Rodriguez, Rusty Anchor Seafood of April 26, 2001.
3. Letter from Josefina Diaz.
4. Letter from Maijelis Cortes.
5. Letter from Manuel Mora.
6. Letter from Nivia Hernandez.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the Clerk of the United States District Court, 299 E. Broward Blvd., Ft. Lauderdale, Fl. 33301, AUSA Donald F. Chase, II, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fl. 33394, Julia Hyle, Probation Officer, U.S. Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132-2126, on this _____ day of June 2001.

    DeFabio & Fenn, P.A.
    Attorney for Defendant Pablo Anaya
    2121 Ponce de Leon Boulevard, S-430
    Coral Gables, Florida 33134
    (305) 448-7200/Fax 444-0913

    LEONARD P. FENN, ESQUIRE
    F.B.N. 237337

DeFabio and Fenn, P.A., 2121 Ponce de Leon Blvd. Suite 430, Coral Gables, Florida 33134, Tel (305)448-7200 Fax 444-0913

USA vs. PABLO ANAYA
CASE NO. 00-6360-CR-DIMITROULEAS

**ITEM # 1**

Sergio Vazquez-Llano
12788 NW 11TH Terrace
Miami, Fl 33182
(305) 225-8806 Telephone

May 18, 2001

To whom it may concern:

Please be advised that I have known Mr. Pablo Anaya for the past nine years. Our relationship has always been respectful and sincere. During all this time I have found him to be a hard workingman, a very good neighbor; and a person that I wish that I could keep his friendship forever.

Sincerely,

Sergio Vazquez

USA vs. PABLO ANAYA
CASE NO. 00-6360-CR-DIMITROULEAS

**ITEM # 2**

Rusty Anchor Seafood
5510 3rd Ave.
Key West, Fl. 33040
(305) 296-2893 Telephone
(305) 296-7536 Fax


April 26, 2001


To Whom It May Concern:

    I have been doing business with Mr. Pablo Anaya for the past two years. Our Company purchased seafood from his vessel. He also rented a mobile home from me. During that time I have found him to be a hard working, quiet person. I never had a problem with him as a tenant or at the dock, where he kept his vessel.


Sincerely,

Ramon Rodriguez
President

r-06360-WPD Document 211 Entered on FLSD Docket 06/11/2001 P

USA vs. PABLO ANAYA
CASE NO. 00-6360-CR-DIMITROULEAS

**ITEM # 3**

Me, Josefina Diaz

Would like to express my opinion about Mr. Pablo Anaya. I have known his for 8 years and I think he is a good man. These 8 years that I have known him he has always been dedicated to his fishing, his a responsible, very working, very respectful and a very friendly person.

Mr. Pablo Anaya helps anyone that has a problem even if it's a really bad problem. In what in consists me I would live thanking for the generous action he did to me by saving my life and my two sons.

I know that Mr. Pablo Anaya, as a husband is a very good husband to his wife. He has always respected his home and also his wife.

To conclude my opinion about Mr. Pablo Anaya I can tell you that he is a very respectful, working and an excellent person.

Sincerely,

*[signature]*

USA vs. PABLO ANAYA
CASE NO. 00-6360-CR-DIMITROULEAS

**ITEM # 4**

My name is Maijelis Cortes.

I would like to express my opinion about Mr. Pablo Anaya in this letter. I concider him a great person, working person, respectful, responsible, very human, generous. adimired for the generous action he has done. He is very dedicated to his work.

To me Mr. Pablo Anaya is a person that can be admired for his great human value.

His also a great husband, he respects his wife and his home.

    Sincerely,

USA vs. PABLO ANAYA
CASE NO. 00-6360-CR-DIMITROULEAS

**ITEM # 5**

Me. Manuel Mora

Would like to express my comments about Mr. Pablo Anaya. I have known his for 8 years and I think he is a good man. These 8 years that I have known him he has always been dedicated to his fishing, his a responsible, very working, very respectful and a very friendly person.

In what my person respects about Mr. Pablo Anaya I can express that I would always be thankful for saving my moms life, my brothers and specially mines.

In conclusion respecting to Mr. Pablo Anaya is that his a great man.

Sincerely,
Manuel Mora

USA vs. PABLO ANAYA
CASE NO. 00-6360-CR-DIMITROULEAS

**ITEM # 6**

NIVIA HERNANDEZ
5400 S.W. 4 ST
MIAMI, FLA 33134

To whom it may concern:

I have known Pablo Anaya for a long time, he is a very good person and friend. He is a decent and very respectfull person and a hard working man.

Sincerly Yours