UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360 CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

vs.

PABLO ANAYA
et. al.,

    Defendant.
_____/



## ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO FILE OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

THIS CAUSE CAME before the Court on Defendant Pablo Anaya's Motion for a one week extension within which to file objections to the Pre-Sentence Investigation report and the Court being fully apprised of the circumstances it is hereby ordered be and the same is granted as follows:

The Defendant shall have until the 25 day of June 2001 within which to file objections to the Pre-Sentence Investigation Report in the instant case.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida this 15 day of June, 2001.

                                       DISTRICT COURT JUDGE

cc:     AUSA Donald F. Chase, II
        Leonard P. Fenn, Esq.
        Julia Hyle, US Probation Officer

