UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360 CR-DIMITROULEAS

UNITED STATES OF AMERICA

        Plaintiff,

    vs.

PABLO ANAYA
et. al.,

        Defendant.
_____/



## NOTICE OF FILING

The Defendant Pablo Anaya files the following documents for consideration by the Court

in the Sentencing of this cause:

1.    Letter from Mario Ginoris, Owner of Aquaknots.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the

Clerk of the United States District Court, 299 E. Broward Blvd., Ft. Lauderdale, Fl. 33301,

AUSA Donald F. Chase, II, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, Fl. 33394, Julia

Hyle, Probation Officer, U.S. Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132-2126, on

this 27th day of June 2001.

> DeFabio & Fenn, P.A.
> Attorney for Defendant Pablo Anaya
> 2121 Ponce de Leon Boulevard, S-430
> Coral Gables, Florida 33134
> (305) 448-7200/Fax 444-0913
>
> LEONARD P. FENN, ESQUIRE
> F.B.N. 237337



**AQUAKNOTS**
DIVE CENTER

Sales Rental Export & Repairs
880 S.W. 8 Street • Miami, Florida 33130 • (305) 545-9000 • Fax: (305) 857-0537

To who it may concern:

I write today in behalf of Pablo Anaya

I have known Pablo. For going on 10 years

Pablo has alway been a very hard worker and

honest man Alway Trying To help others To The

Extent of Risking not only his property but

his life To save the Life of another person

Pablo would not be able to be the Productive member

of society which he is And I Feel society would

not benefit from an extended incarceration in his

case. I rapart Pablo is every hard working man in a

very noble Trade, and if he would have it I would

hire him to work in our company which Letter head is a top

Please Take This in conncrogration

Thank You  Mano Juarez