**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD    DATE: June 29, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Kathryn Gomez    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS. Melileo Anaya

U.S. ATTORNEY: Ora Chase    DEFT. COUNSEL: Leonard Fenn

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed!
27 months BOP, 3 years supervised release
no fine, $100.00 assessment, $177,435.90 joint
& several liability restitution

If ordered deported, the dft shall remain
outside the United States

CASE CONTINUED TO: _____    TIME: _____    FOR: _____
MISC: Dft informed of right to Appeal.