UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360 CR-DIMITROULEAS

UNITED STATES OF AMERICA

        Plaintiff,

vs.

PABLO ANAYA
et. al.,
        Defendant.
_____/



## Unopposed Motion For Judicial Recommendation
## RE:  Place of Incarceration

The Defendant, Pablo Anaya, hereby moves this Honorable Court for a Judicial Recommendation as to the location of his imprisonment and as grounds therefore state:

1.  Defendant was sentenced by the court on June 29, 2001.

2.  Although the undersigned made a written request for a judicial recommendation Re: Place of Incarceration in his timely filed objections to the PSI, the undersigned forgot to raise same during the sentencing hearing.

3.  The undersigned hereby requests that the Court make a judicial recommendation that Defendant be incarcerated in a location as close as possible to the South Florida area as is consistent with his Bureau of Prison classification.

WHEREFORE, the Defendant requests that this Court grant this motion and enter an order Granting this Motion and amending the Judgment and Commitment or adding a Judicial Recommendation to the Judgment and Commitment as requested herein.

DeFabio and Fenn, P.A., 2121 Ponce de Leon Blvd. Suite 430, Coral Gables, Florida 33134, Tel (305)448-7200 Fax 444-0913



USA vs. Pablo Anaya
Case No. 00-6360-CR-DIMITROULEAS
Unopposed Motion for Judicial Recomendation
Page 2

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to AUSA Donald F. Chase, II, 500 E. Broward Bvld. Suite 700, Ft. Lauderdale, Florida 33394, and to Julia Hyle, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132 on this __2__ day of July 2001.

I FURTHER CERTIFY, that I spoke with AUSA Don Chase prior to the filing of this Motion and that he is unopposed to the granting of same.

>DeFabio & Fenn, P.A.
>Attorney for Defendant Pablo Anaya
>2121 Ponce de Leon Boulevard, S-430
>Coral Gables, Florida 33134
>(305) 448-7200/Fax 444-0913

>LEONARD P. FENN, ESQUIRE
>F.B.N. 237337