UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360 CR-DIMITROULEAS

UNITED STATES OF AMERICA

      Plaintiff,

vs.

PABLO ANAYA
et. al.,

      Defendant.
_____/

## ORDER GRANTING UNOPPOSED MOTION
## REQUEST FOR JUDICIAL RECOMENDATION

THIS CAUSE CAME before the Court on Defendant Pablo Anaya's Unopposed

Motion for Judicial Recommendation and the Court being fully apprised of the

circumstances and the government being unopposed;

**IT IS HEREBY ORDERED** that said Motion be and the same is hereby

GRANTED. The Judgment and Commitment Order shall reflect that the Court has made

a judicial recommendation that Defendant be incarcerated in a location as close as

possible to South Florida as is consistent with his classification by the Bureau of Prisons.

DONE AND ORDERED in Chambers, Fort Lauderdale, Florida this ⸺ day of

⸺, 2001.

DISTRICT COURT JUDGE

cc:   Leonard P. Fenn, Esq.
     AUSA Don Chase, II
     Julia Hyle USPO
     US Marshal