DEFENDANT: **ANAYA, PABLO**
CASE NUMBER: **00-6360-CR-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 months.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district.

    ☐ At     A.m. / p.m. on

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ Before 2:00 p.m. on

    ☐ as notified by the United States Marshal.

    ☐ As notified by the Probation or Pretrial Services Office.

FILED BY ___ CLARE___ AUG -7 [handwritten marks]

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on *July 24, '01* To *FCI MIAMI*

at *MIAMI, FL*_____, with a certified copy of this judgment.

ED GONZALEZ
~~UNITED STATES MARSHAL~~
WALDEN

By /s/ *Yeuray Mercado*
~~Deputy U.S. Marshal~~
L I E